# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL HASTINGS PITCHER,<br><br>Plaintiff,<br><br>v.<br><br>THE WACKENHUT CORP., et al.,<br><br>Defendants. | 3:05-CV-499 JCM (VPC)<br><br>Date:   N/A<br>Time:   N/A |

**ORDER**

Presently before the court are the report and recommendations (#53) of United States Magistrate Judge Cooke, denying plaintiff's renewed motion for summary judgment (#44) and granting in part and denying in part defendant's motion for summary judgment (#45).

Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling. No objections were filed.

Upon review of the magistrate judge's findings and recommendations (#53) and there being no objections filed,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Magistrate Judge Cooke's report and recommendations (#53) are AFFIRMED in their entirety.

DATED this 12th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**